```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/1/2017
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
REBECCA ALLEN,

        Plaintiff,

v.

THE GOLDMAN SACHS GROUP,
INC. and CHRISTINA MINNIS,

        Defendants.
------------------------------------x

Case No. 17-Civ. 06195 (PGG)

STIPULATION TO EXTEND TIME
TO ANSWER, MOVE OR RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for Defendants The Goldman Sachs Group, Inc. and Christina Minnis to answer, move against or otherwise respond to the Complaint in this action is extended from September 8, 2017 to October 9, 2017. No prior request for extension has been sought.

Date: August 30, 2017

WIGDOR LLP

By: _____
    Douglas H. Wigdor
    Michael J. Willemin

85 Fifth Avenue
New York, NY 10003
(212) 257-6800
dwigdor@wigdorlaw.com
mwillemin@wigdorlaw.com

GOODSTADT LAW GROUP PLLC
Andrew S. Goodstadt
George Vallas
520 Eighth Avenue, 14th Floor
New York, NY 10018
(646) 430-8295
agoodstadt@goodstadtlaw.com
gvallas@goodstadtlaw.com

Attorneys for Plaintiff

SULLIVAN & CROMWELL LLP

By: _____
Robert J. Giuffra, Jr.
Theodore O. Rogers, Jr.

125 Broad Street
New York, New York 10004
(212) 558-4000
giuffrar@sullcrom.com
rogerst@sullcrom.com

Attorneys for Defendants The Goldman Sachs Group, Inc. and Christina Minnis

SO ORDERED:

_____  Sept. 1, 2017
U.S.D.J.                          Date

-2-