UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
REBECCA ALLEN,

              Plaintiff,

              v.

THE GOLDMAN SACHS GROUP, INC.
and CHRISTINA MINNIS,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 1:17-cv-06195 (PGG)

## NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE

        PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Rebecca Allen hereby voluntarily dismisses the above-captioned action as against Defendant Christina Minnis with prejudice.  Defendant Christina Minnis has not answered or moved for summary judgment in this action.

Dated:  New York, New York
         September 14, 2017

                                                Douglas H. Wigdor
                                                Michael J. Willemin
                                                WIGDOR LLP
                                                85 Fifth Avenue
                                                New York, NY 10003
                                                Telephone: (212) 257-6800
                                                Facsimile: (212) 257-6845
                                                dwigdor@wigdorlaw.com
                                                mwillemin@wigdorlaw.com

- 2 -

>Andrew S. Goodstadt
>George Vallas
>GOODSTADT LAW GROUP PLLC
>520 Eighth Avenue, 14th Floor
>New York, NY 10018
>Telephone: (646) 430-8295
>Facsimile: (646) 430-9294
>agoodstadt@goodstadtlaw.com
>gvallas@goodstadtlaw.com
>
>*Attorneys for Plaintiff Rebecca Allen*