UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
REBECCA ALLEN,

               Plaintiff,

               v.

THE GOLDMAN SACHS GROUP, INC.
and CHRISTINA MINNIS,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 1:17-cv-06195 (PGG)

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

      PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Rebecca Allen hereby voluntarily dismisses the above-captioned action in its entirety with prejudice.  The remaining defendant in this action, The Goldman Sachs Group, Inc., has not answered or moved for summary judgment.

Dated:  New York, New York
         September 15, 2017

                                              Douglas H. Wigdor
                                              Michael J. Willemin
                                              WIGDOR LLP
                                              85 Fifth Avenue
                                              New York, NY 10003
                                              Telephone: (212) 257-6800
                                              Facsimile: (212) 257-6845
                                              dwigdor@wigdorlaw.com
                                              mwillemin@wigdorlaw.com

- 2 -

        Andrew S. Goodstadt
        George Vallas
        GOODSTADT LAW GROUP PLLC
        520 Eighth Avenue, 14th Floor
        New York, NY 10018
        Telephone: (646) 430-8295
        Facsimile: (646) 430-9294
        agoodstadt@goodstadtlaw.com
        gvallas@goodstadtlaw.com

        *Counsel For Plaintiff Rebecca Allen*