UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
REBECCA ALLEN,

   Plaintiff,

  v.

THE GOLDMAN SACHS GROUP, INC.
and CHRISTINA MINNIS,

   Defendants.
-------------------------------X

No. 1:17-cv-06195 (PGG)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/17
```

## NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE

  PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Rebecca Allen hereby voluntarily dismisses the above-captioned action as against Defendant Christina Minnis with prejudice. Defendant Christina Minnis has not answered or moved for summary judgment in this action.

Dated: New York, New York
   September 14, 2017

_____
Douglas H. Wigdor
Michael J. Willemin
WIGDOR LLP
85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com
mwillemin@wigdorlaw.com

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: Sept. 19, 2017

Andrew S. Goodstadt
George Vallas
GOODSTADT LAW GROUP PLLC
520 Eighth Avenue, 14th Floor
New York, NY 10018
Telephone: (646) 430-8295
Facsimile: (646) 430-9294
agoodstadt@goodstadtlaw.com
gvallas@goodstadtlaw.com

*Attorneys for Plaintiff Rebecca Allen*