UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
REBECCA ALLEN,

        Plaintiff,

        v.

THE GOLDMAN SACHS GROUP, INC.
and CHRISTINA MINNIS,

        Defendants.

------------------------------X

No. 1:17-cv-06195 (PGG)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/17
```

## NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Rebecca Allen hereby voluntarily dismisses the above-captioned action as against Defendant Christina Minnis with prejudice. Defendant Christina Minnis has not answered or moved for summary judgment in this action.

Dated: New York, New York
      September 14, 2017

                                          /s/ _____
                                          Douglas H. Wigdor
                                          Michael J. Willemin
                                          WIGDOR LLP
                                          85 Fifth Avenue
                                          New York, NY 10003
                                          Telephone: (212) 257-6800
                                          Facsimile: (212) 257-6845
                                          dwigdor@wigdorlaw.com
                                          mwillemin@wigdorlaw.com

SO ORDERED:

_/s/ Paul G. Gardephe_
**Paul G. Gardephe, U.S.D.J.**

Dated: Sept. 19, 2017

       Andrew S. Goodstadt
       George Vallas
       GOODSTADT LAW GROUP PLLC
       520 Eighth Avenue, 14th Floor
       New York, NY 10018
       Telephone: (646) 430-8295
       Facsimile: (646) 430-9294
       agoodstadt@goodstadtlaw.com
       gvallas@goodstadtlaw.com

       *Attorneys for Plaintiff Rebecca Allen*